**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 12-cv-00406-REB-KMT

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOES 1-27

    Defendants.

## ORDER OF DISMISSAL AS TO JOHN DOE 2, ONLY

**Blackburn, J.**

The matter is before me on the **Plaintiff's Notice of Settlement and Voluntary Dismissal With Prejudice of Doe 2 Only** [#11][1] filed March 27, 2012. After reviewing the notice and the file, I conclude that the notice should be approved and that plaintiff's claims against defendant, John Doe 2, should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Plaintiff's Notice of Settlement and Voluntary Dismissal With Prejudice of Doe 2 Only** [#11] filed March 27, 2012, is **APPROVED**;

2. That plaintiff's claims against defendant, John Doe 2, are **DISMISSED WITH PREJUDICE**; and

3. That defendant, John Doe 2, is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated March 27, 2012, at Denver, Colorado.

                **BY THE COURT:**

                *Bob Blackburn*
                Robert E. Blackburn
                United States District Judge

---

[1] "[#11]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.