**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 12-cv-00406-REB-KMT

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOES 1 and 3-27,

    Defendants.

## ORDER OF DISMISSAL AS TO JOHN DOES 17 AND 21, ONLY

**Blackburn, J.**

The matter is before me on the **Plaintiff's Notice of Settlement and Voluntary Dismissal With Prejudice of Does 17 and 21 Only** [#13][1] filed April 5, 2012. After reviewing the notice and the file, I conclude that the notice should be approved and that plaintiff's claims against defendants, John Does 17 and 21, should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Plaintiff's Notice of Settlement and Voluntary Dismissal With Prejudice of Does 17 and 21 Only** [#13], is **APPROVED**;

2. That plaintiff's claims against defendants, John Does 17 and 21, are **DISMISSED WITH PREJUDICE**; and

3. That defendants, John Does 17 and 21, are **DROPPED** as a named parties to this action, and the case caption is amended accordingly.

Dated April 5, 2012, at Denver, Colorado.

                                    **BY THE COURT:**

                                    */s/ Robert E. Blackburn*
                                    Robert E. Blackburn
                                    United States District Judge

---

[1] "[#13]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.