**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 12-cv-00406-REB-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOES 1, 3-5, 7-11, 13, 15-16, 18-20, and 22-27,

    Defendants.

**ORDER OF DISMISSAL AS TO JOHN DOES 1, 3, 5, 7, 8, 9,
11, 13, 15, 16, 18, 19, 20, 22, 23, 24, 25, 26 AND 27, ONLY**

**Blackburn, J.**

    The matter is before me on the **Plaintiff's Notice Voluntary Dismissal Without Prejudice of Does 1, 3, 5, 7, 8, 9, 11, 13, 15, 16, 18, 19, 20, 22, 23, 24, 25, 26 and 27, Only** [#32][1] filed June 14, 2012. After reviewing the notice and the record, I conclude that the notice should be approved and that plaintiff's claims against defendants John Does 1, 3, 5, 7, 8, 9, 11, 13, 15, 16, 18, 19, 20, 22, 23, 24, 26 and 27 should be dismissed without prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Plaintiff's Notice Voluntary Dismissal Without Prejudice of Does 1, 3, 5, 7, 8, 9, 11, 13, 15, 16, 18, 19, 20, 22, 23, 24, 25, 26 and 27, Only** [#32] filed June 14, 2012 , is **APPROVED**;

    2. That plaintiff's claims against defendants John Does 1, 3, 5, 7, 8, 9, 11, 13, 15, 16, 18, 19, 20, 22, 23, 24, 26 and 27 are **DISMISSED WITHOUT PREJUDICE**; and

    3. That defendants John Does 1, 3, 5, 7, 8, 9, 11, 13, 15, 16, 18, 19, 20, 22, 23,

---

[1] "[32]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

24, 26 and 27 are **DROPPED** as a named parties to this action, and the case caption is amended accordingly.

    Dated June 14, 2012, at Denver, Colorado.

                                     **BY THE COURT:**

                                     */s/ Robert E. Blackburn*
                                     Robert E. Blackburn
                                     United States District Judge