**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 12-cv-00406-REB-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOES 4 and 10,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the plaintiff's **Notice of Voluntary Dismissal Without Prejudice of John Does 4 and 10 Only** [#40][1] filed August 1, 2012. After reviewing the notice and the record, I conclude that the notice should be approved and that this action be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That plaintiff's **Notice of Voluntary Dismissal Without Prejudice of John Does 4 and 10 Only** [#40] filed August 1, 2012, is **APPROVED**; and

2. That this action is **DISMISSED WITHOUT PREJUDICE**.

Dated August 1, 2012, at Denver, Colorado.

                    **BY THE COURT:**

                    *Bob Blackburn*
                    Robert E. Blackburn
                    United States District Judge

---

[1] "[#40]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.